# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2015

Robert P. Young, Jr.,
Chief Justice

151051(60)(62)

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

CITY OF COLDWATER,
　　　　　Plaintiff-Appellee,

v

SC: 151051
COA: 320181
Branch CC: 13-040185-CZ

CONSUMERS ENERGY COMPANY,
　　　　　Defendant-Appellant.
_____/

　　　　On order of the Chief Justice, the separate motions of the Association of Businesses Advocating Tariff Equity (ABATE) and the Michigan Municipal Electric Association (MMEA) to participate as amici curiae are GRANTED. The amicus brief submitted by ABATE on June 8, 2015, and the amicus brief submitted by MMEA on June 10, 2015, are accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 16, 2015

_____　　